IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENICO ADAMS,<br><br>       Petitioner<br><br>     v.<br><br>THE UNITED STATES OF AMERICA DEPARTMENT OF JUSTICE, et al.,<br><br>       Respondents | Case No. 1:23-cv-254 Erie<br><br>RICHARD A. LANZILLO<br>Chief United States Magistrate Judge<br><br>ORDER |

Petitioner is a federal prisoner incarcerated at FCI McKean. Petitioner submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 without paying the filing fee or filing a motion for leave to proceed *in forma pauperis* accompanied by the required documents. To proceed with this federal habeas case, Petitioner must either pay the $5.00 filing fee or file a motion for leave to proceed *in forma pauperis* along with the supporting documents that are described below.

Based upon all of the foregoing, **IT IS HEREBY ORDERED** that:

1. This case is ADMINISTRATIVELY CLOSED;

2. Petitioner may reopen this case if, by **November 10, 2023**, he: (a) pays the $5.00 filing fee; or, (b) files a motion for leave to proceed *in forma pauperis* along with the following two documents: (i) a certificate from the warden or other appropriate officer of his correctional institution showing the amount of money or securities that he has in any account in the institution; and, (ii) a certified copy of his institutional account statement from every jail or prison at which he was confined for the 6-month period leading up to the date the account statement is submitted.

Failure to comply with this order shall be construed as indicating Petitioner's decision not to continue prosecution of this case.

    IT IS SO ORDERED.

                                        <u>/s/ Richard A. Lanzillo</u>
                                        RICHARD A. LANZILLO
                                        Chief United States Magistrate Judge

Dated:   10/16/2023